IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | | |
|---|---|---|
| | Chapter: | 7 |
| | Case Number: | 5-14-bk-04040-JJT |
| **ERIC LESTER LEINBACH** | Document No.: | 155 |
| * Debtor | Nature of Proceeding: | **First and Final Fee Application of Counsel to Chapter 7 Trustee** |

# ORDER

For those reasons indicated in the Opinion filed this date, **IT IS HEREBY**

**ORDERED** that the Debtor's objections to the above-captioned First and Final Fee Application of Counsel to the Chapter 7 Trustee are overruled, and the Fee Application is allowed in its entirety.

By the Court,

John J. Thomas, Bankruptcy Judge
(CMP)

Date: October 20, 2017